UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,      CIV S-05-0567 LKK PAN PS

  v.

                          FINDINGS AND RECOMMENDATIONS

UNITED STATES GOVERNMENT,

        Defendant.

—oOo—

On March 18, 2005, plaintiff filed a declaration entitled "Forma Pauperis Application" which states in full: "I, David Anthony Fallon, hereby state that my net worth is less than $800.00. I hereby state that the information contained in this forma pauperis application is true and correct." Also on March 18, plaintiff lodged a one-page "complaint" entitled "This Legal Action Concerning the Liability of Dental Policies to Pull a Tooth, About $200.00," which depicts a large hand-drawn circle containing six small rectangles, presumably teeth, three

indecipherable notations that include the words "cocaine," "silver" and "dentist," and a demand for "five trillion dollars."

Plaintiff's declaration fails to provide sufficient information for this court to assess plaintiff's financial status and therefore fails to demonstrate plaintiff is unable to pay the filing fee without compromising his ability to provide himself and his dependents with the necessities of life. See 28 U.S.C. § 1915(a)(1); Adkins v. E.I. Dupont de Nemours & Co., 335 U.S. 331, 339 (1948). Moreover, plaintiff's complaint is frivolous and fails to state a claim upon which relief may be granted. See 28 U.S.C. §§ 1915(e)(2)(B) (i) and (ii).

Accordingly, I recommend that plaintiff's application to proceed in forma pauperis be denied and the Clerk of Court directed to close this file.

These findings and recommendations are submitted to the Honorable Lawrence K. Karlton, the United States District Judge assigned to this case. 28 U.S.C. § 636(b)(l). Written objections may be filed within ten days after being served with these findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  April 18, 2005.

2

```
                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge
```