IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID ANTHONY FALLON,

        Plaintiff,        CIV. S-05-0567-LKK-PAN-PS

    v.

UNITED STATES GOVERNMENT,        ORDER

        Defendant.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302. On April 18, 2005, Judge Nowinski recommended that plaintiff's application to proceed in forma pauperis be denied. No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED

that:

    1.  The Findings and Recommendations filed April 18, 2005, are adopted in full; and

    2.  Plaintiff's application to proceed in forma pauperis is denied and the clerk is directed to close this file.

DATED:  June 2, 2005.

                                           /s/Lawrence K. Karlton  
                                           LAWRENCE K. KARLTON  
                                           SENIOR JUDGE  
                                           UNITED STATES DISTRICT COURT